**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INVENSENSE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC.,<br><br>      Defendant. | Civil Action No. ____2:13-cv-405____ |

**PLAINTIFF INVENSENSE, INC.'S
CERTIFICATION OF INTERESTED ENTITIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff InvenSense, Inc. states that it has no parent corporation and that no publicly-held corporation owns 10 percent or more of its stock.

Dated:  May 14, 2013

Respectfully submitted,

TUROCY & WATSON LLP

By:  */s/ Andrew T. Oliver*
Vinay V. Joshi
Andrew T. Oliver
Joshua Van Hoven
560 S. Winchester Blvd.
Suite 500
San Jose, CA  95128
Tel:  650-393-0634
Email:
  vjoshi@turocywatson.com
  aoliver@turocywatson.com
  jvanhoven@turocywatson.com

ATTORNEYS FOR PLAINTIFF
INVENSENSE, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 14, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.



*/s/ Andrew T. Oliver*
Andrew T. Oliver