AO 440 (Rev. 06/12) Summons in a Civil Action

FILED-CLERK
U.S. DISTRICT COURT

2013 MAY 29  PM 3: 54

TEXAS-EASTERN

BY.

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Texas

| | |
|---|---|
| InvenSense, Inc. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| STMicroelectronics, Inc. and DOES 1 through 10, inclusive, | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:13-cv-405

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STMicroelectronics, Inc., 750 Canyon Drive, Coppell, TX  75019

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Vinay Joshi, Andrew T. Oliver, Joshua Van Hoven
                    560 S. Winchester Blvd.
                    Suite 500
                    San Jose, CA  95128

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:    **5/15/13**

*David Malano*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ST Microelectronics, Inc.
was received by me on *(date)* 5-15-2013.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Left Summons on the Reception desk
of Tonya McCray. 3:40 PM  5-15-2013

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: 5-16-2013

_____   SC#1987
*Server's signature*   EXP. 4-30-2015

Stephen C. Buskirk
Texas Civil Process Server
*Printed name and title*

330 Blue Ribbon Rd.
Waxahachie, TX, 75165
*Server's address*

Additional information regarding attempted service, etc: