FILED-CLERK
U.S. DISTRICT COURT
2013 MAY 29 PM 3: 54
TEXAS-EASTERN
BY _____

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| IvenSense, Inc.<br><br>*Plaintiff(s)*<br>v.<br><br>STMicroelectronics, Inc. and DOES 1 through 10, inclusive<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:13-cv-405<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Corporation Trust Company
Registered Agent for STMicroelectronics, Inc.
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vinay Joshi, Andrew T. Oliver, Joshua Van Hoven
560 S. Winchester Blvd.
Suite 500
San Jose, CA 95128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   5/15/13   _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:13-cv-405

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STMicroelectronics, Inc
was received by me on *(date)* 5.15.2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Melanie McGrath , who is
designated by law to accept service of process on behalf of *(name of organization)* The Corporation Trust, Registered Agent for STMicroelectronics, Inc on *(date)* 5.16.13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5.16.13

_____
Server's signature

Charles A. Hearns III, Process Server
Printed name and title

PO Box 304 Lansdale PA 19446
Server's address

Additional information regarding attempted service, etc: