# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

FILED-CLERK
U.S. DISTRICT COURT
2013 SEP 13 AM 10: 17
TEXAS-EASTERN
BY_____

Case Number: 2:13-CV-405-JRG

Plaintiff:
**Invensense, Inc.**
vs.
Defendant:
**STMicroelectronics, Inc., et al.**

State of New York, County of Albany)ss.:

Received by THE SERVINATOR, INC. to be served on **STMicroelectronics N.V., C/O Corporation Service Company, 80 State Street, Albany, NY 12207**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **11th day of September, 2013 at 1:30 pm**, I:

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Second Amended Complaint for Patent Infringement and Exhibits** to Kathy Kriger-Jewell as Service Clerk of Corporation Service Company as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Gray, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 12th day of September, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, ____

_____
J.R. O'Rourke
Process Server

THE SERVINATOR, INC.
41 State Street
Suite M101
Albany, NY 12207
(518) 432-7378
Our Job Serial Number: 2013002349

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x