IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INVENSENSE, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>STMICROELECTRONICS, INC.,<br>STMICROELECTRONICS N.V., AND DOES 1<br>through 9, inclusive,<br><br>        Defendants | Civil Action No. 2:13-cv-405 |

**<u>DEFENDANTS STMICROELECTRONICS, INC., AND STMICROELECTRONICS
N.V.'S UNOPPOSED MOTION FOR A HEARING</u>**

Defendants STMicroelectronics, Inc. ("STM"), and STMicroelectronics N.V. ("STNV") hereby respectfully request a hearing on the following motions, pending before this court:

- On July 17, 2013, STM filed a motion to dismiss, or in the alternative to transfer. (D.N. 19.) This motion has been fully briefed. (D.N. 19, 28, 38, 70.)

- On September 2, 2013, STM filed a motion to stay discovery pending this Court's determination of its motion to dismiss or in the alternative to transfer. (D.N. 35.) This motion has been fully briefed. (D.N. 35, 55.)

- On October 17, 2013, STNV moved to dismiss INV's second amended complaint, in which STNV was added as a party. (D.N. 75.) *See also* D.N. 79 and 81.

- On November 27, 2013, STNV filed a motion to stay discovery pending this Court's determination of its motion to dismiss. (D.N. 85.)

Defendants respectfully request a consolidated hearing on the above motions in order to timely resolve preliminary issues raised by the defendants, including jurisdictional issues, before substantial judicial resources are expended litigating substantive issues. Given that discovery is ongoing, and discovery disputes may soon require the Court's intervention, the defendants

respectfully request that the Court hold a hearing in the next 30 to 45 days, at the Court's convenience. The parties have met and conferred in person regarding the above-referenced motions and were unable to come to an agreement. The Plaintiff does not oppose this motion.

Dated: November 27, 2013

Respectfully submitted,

*/s/ John M. Neukom*
_____
Mark J. Mann
Mann Tindel & Thompson Law Group
300 West Main Street
Henderson, Texas 75652
Tel: (903) 657-8540
Fax: (903) 657-6003
Email: Mark@TheMannFirm.com

Charles K. Verhoeven
Sean S. Pak
John M. Neukom
Rebecca A. Bers
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700
E-mail: CharlesVerhoeven@quinnemanuel.com
          SeanPak@quinnemanuel.com
          JohnNeukom@quinnemanuel.com
          RebeccaBers@quinnemanuel.com

Michael D. Powell
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100
E-mail: MikePowell@quinnemanuel.com

*Counsel for defendant STMicroelectronics, Inc.*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(h)-(i)

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The parties met and conferred in person on November 21, 2013. Participants in the meet and confer negotiations included John Neukom for STM and Vinay Joshi and Brian Craft for InvenSense. The parties discussed the motions at issue and were not able to come to agreement on any of the issues involved therein. However, InvenSense does not oppose this motion for a hearing.

*/s/ John M. Neukom*
_____
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Counsel for defendant STMicroelectronics, Inc.