IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INVENSENSE, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>STMICROELECTRONICS, INC.,<br>STMICROELECTRONICS N.V., AND DOES 1<br>through 9, inclusive,<br><br>        Defendants | Civil Action No. 2:13-cv-405 |

## STIPULATION OF DISMISSAL OF ACTION

IT IS HEREBY STIPULATED AND AGREED between STMicroelectronics, Inc., STMicroelectronics, N.V., and InvenSense, Inc., by their attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims and all related defenses asserted in this action be, and hereby are, dismissed WITH PREJUDICE.  Each party shall bear its own costs and attorney's fees.

Dated: February 11, 2014          Respectfully submitted,

By:    */s/ J. Mark Mann*
       J. Mark Mann
       State Bar No. 12926150
       G. Blake Thompson
       State Bar No. 24042033
       Mann | Tindel | Thompson
       300 West Main Street
       Henderson, Texas 75652
       Tel: (903) 657-8540
       Fax: (903) 657-6003
       Email: Mark@TheMannFirm.com

       Charles K. Verhoeven
       Sean S. Pak
       QUINN EMANUEL URQUHART & SULLIVAN, LLP
       50 California Street, 22nd Floor
       San Francisco, CA 94111
       Tel.: (415) 875-6600
       Fax: (415) 875-6700
       E-mail: SeanPak@quinnemanuel.com

       Michael D. Powell
       QUINN EMANUEL URQUHART & SULLIVAN, LLP
       555 Twin Dolphin Drive, 5th Floor
       Redwood Shores, CA 94065
       Tel.: (650) 801-5000
       Fax: (650) 801-5100
       E-mail: mikepowell@quinnemanuel.com

       ***Counsel for STMicroelectronics, Inc. and STMicroelectronics, N.V.***

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Email: efindlay@findlaycraft.com
Tel: (903)534-1100
Fax: (903)534-1137

Vinay V. Joshi
Andrew T. Oliver
Joshua Van Hoven
TUROCY & WATSON LLP
560 S. Winchester Blvd.
Suite 500
San Jose, CA 95128
Tel: 650-618-6481
Email:
vjoshi@turocywatson.com
aoliver@turocywatson.com
jvanhoven@turocywatson.com

*Counsel for InvenSense, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel met and conferred by telephone and electronic mail on February 10, 2014 in compliance with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders, and that opposing counsel is unopposed to the motion.

          */s/ J. Mark Mann*
          J. Mark Mann

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of February, 2014.

          */s/ J. Mark Mann*
          J. Mark Mann